NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NSK CORPORATION, NSK LTD., AND NSK EUROPE LTD.,**
*Plaintiffs-Appellees,*

AND

**FAG ITALIA, S.P.A., SCHAEFFLER GROUP USA, INC., SCHAEFFLER KG, THE BARDEN CORPORATION, AND THE BARDEN CORPORATION (U.K.) LTD.,**
*Plaintiffs-Cross Appellants,*

AND

**JTEKT CORPORATION AND KOYO CORPORATION OF U.S.A.,**
*Plaintiffs-Appellees,*

AND

**SKF AEROENGINE BEARINGS UK AND SKF USA INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellant,*

AND

**THE TIMKEN COMPANY,**
*Defendant-Appellant.*

---

2011-1362, -1382, -1383, -1454

---

Appeals from the United States Court of International Trade in consolidated case nos. 06-CV-0334, 06-CV-0335, and 06-CV-0336, Judge Judith M. Barzilay.

---

**ON MOTION**

---

**O R D E R**

The United States International Trade Commission moves without opposition for a 45-day extension of time, until October 7, 2011, for the appellants to file their initial briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

AUG 1 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 2 2011

JAN HORBALY
CLERK

cc:  Neil R. Ellis, Esq.
     Matthew P. Jaffe, Esq.
     Max F. Schutzman, Esq.
     Herbert C. Shelley, Esq.
     Eric P. Salonen, Esq.
     David A.J. Goldfine, Esq.

s21